In the Matter of GEORGE BEATTY, Doing Business as BEATTY SUPPLY Co., Respondent. COMMISSION OF INVESTIGATION OF THE STATE OF NEW YORK, Appellant.—

982

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.